1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NIKCI BOYD, et al.,                                    )
                                                       )        Case No. 2:14-cv-01753-APG-CWH
                        Plaintiffs,                    )
                                                       )        **ORDER**
vs.                                                    )
                                                       )
YVONNE LINDSEY BOYD, et al.,                           )
                                                       )
                        Defendants.                    )
                                                       )

This matter is before the Court on Plaintiff's fourth Motion to Extend Time (#11), filed June 8, 2015. On December 15, 2014, the Court entered an order requiring Plaintiff to submit a renewed, complete application to proceed *in forma pauperis* by January 16, 2015. Based on the current motion, Plaintiff continues to encounter difficulty in obtaining the necessary certification and records from the incarcerating institution. Thus, Plaintiff requests additional time to submit the renewed application, but does not indicate how much additional time is necessary. Again, the Court is mindful of the difficulties sometimes encountered in obtaining all of the necessary information for an *in forma pauperis* application and, therefore, will grant an additional thirty (30) days from the date of this order for Plaintiff to obtain and submit her renewed, completed application. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#11) is **granted**. Plaintiff shall have until **Thursday, July 9, 2015** to submit her completed application or, alternatively, to pay the filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall retain Plaintiff's complaint, but shall not file it at this time.

1          DATED: June 16, 2015.

2

3

4                                          C.W. Hoffman, Jr.
                                           United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28