UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICKI BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cv-01753-APG-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| YVONNE LINDSEY BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

      Presently before the Court is Plaintiff Nick Boyd's Motion for Correction of Date of Extension of 30 Days to File Financial Certificate (ECF No. 13), dated July 13, 2015. Due to difficulties Plaintiff has encountered in obtaining the required certification and records from the institution where she is incarcerated, the Court has granted four extensions of time for Plaintiff to file her completed application to proceed *in forma pauperis*. (Orders (ECF Nos. 6, 8, 10, 12).) In its most recent Order (ECF No. 12) dated June 16, 2015, the Court ordered Plaintiff to submit her completed *in forma pauperis* by July 9, 2015, which was 30 days after Plaintiff's fourth motion to extend time (ECF No. 11) was received by the Court on June 8, 2015.

      Plaintiff now requests that the Court correct its most recent Order (ECF No. 12) dated June 16, 2015. Although it is somewhat unclear, the Court understands Plaintiff to be arguing that the Court should have given Plaintiff 30 days from the date of the Court's Order (ECF No. 12), rather than 30 days from the date the Court received Plaintiff's fourth motion to extend time (ECF No. 11),

to file her completed *in forma pauperis* application.  Given that more than 30 days from the date of the Court's most recent Order already have passed, the Court will deny Plaintiff's motion as moot. However, in light of the difficulties Plaintiff has encountered in obtaining the required documents, the Court will give Plaintiff a fifth and final extension of 60 days from the date of this Order to file her completed *in forma pauperis* application.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Correction of Date of Extension of 30 Days to File Financial Certificate (ECF No. 13) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff must file her completed *in forma pauperis* application on or before October 31, 2015.

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this Order may result in a recommendation that this case be dismissed, without prejudice.

Dated: September 1, 2015.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

2