UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NICKI BOYD, | ) | |
|     Plaintiff, | ) | Case No. 2:14-cv-01753-APG-CWH |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| YVONNE LINDSEY BOYD, et al., | ) | |
|     Defendants. | ) | |

On September 6, 2016, the court entered a screening order granting Plaintiff Nicki Boyd's application to proceed *in forma pauperis* and dismissing her complaint without prejudice. (Screening Order (ECF No. 16).) Plaintiff was granted leave to file an amended complaint within 30 days from the date of the court's screening order. (*Id.* at 4-5.) The court advised Plaintiff that failure to comply with the court's order would result in a recommendation that the case be dismissed. (*Id.* at 5.) More than 30 days have passed, and Plaintiff has not filed an amended complaint or taken any other action in this case.

The court notes that the screening order, which was served on Plaintiff via United States Mail, was returned as undeliverable. (Mail Returned as Undeliverable (ECF No. 18).) Under Local Rule IA 3-1 and Local Special Rule 2-2, a plaintiff must immediately file with the court written notification of any change of address. Failure to do so may result in sanctions, including dismissal. LR IA 3-1; LSR 2-2. Based on Plaintiff's failure to update the court with her contact information, as well as her failure to file an amended complaint, it appears Plaintiff has abandoned this case.

/ / /

IT IS THEREFORE RECOMMENDED that Plaintiff Nicki Boyd's complaint be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: October 19, 2016

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE