UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NIKCI BOYD,<br><br>           Plaintiff,<br><br>   v.<br><br>YVONNE LINDSAY BOYD and LIL HONE BOYD,<br><br>           Defendants. | Case No. 2:14-cv-01753-APG-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION**<br><br>ECF No. 19 |

On October 19, 2016, Magistrate Judge Hoffman entered a report and recommendation that I dismiss the complaint without prejudice because the plaintiff did not file an amended complaint as directed and the court's orders have been returned in the mail. Plaintiff Nikci Boyd did not file an objection.

Judge Hoffman sets forth the proper legal analysis and factual basis for the decision. Additionally, I note that Judge Hoffman's report and recommendation was also returned in the mail. ECF No. 20. Plaintiff Boyd has failed to comply with Local Rule of Special Proceedings 2-2, which requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address. (*Id.*)  "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 19) is accepted** and the complaint (ECF No. 17) is **DISMISSED without prejudice**.

DATED this 1st day of December, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE